# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162250(27)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JAIME LYNN RIEGER,
   Defendant-Appellant.

_____/

SC: 162250
COA: 354321
Oakland CC: 2018-269358-FC

   On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 25, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   August 6, 2021



        Clerk